UNITED STATES of America,
Plaintiff–Appellee,

v.

Alejandro ZALAZAR–TORRES, also
known as Raul Garcia–Miranda,
Defendant–Appellant.

No. 03–51355.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 22, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Alejandro Zalazar–Torres, Federal Correctional Institution Terminal Island, Terminal Island, CA, pro se.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Alejandro Zalazar–Torres has moved for leave to withdraw and has filed two briefs pursuant to *Anders v. California,* 386 U.S. 738, 87

---

S.Ct. 1396, 18 L.Ed.2d 493 (1967). Zalazar–Torres has filed a responsive brief. Our review of the briefs as well as our review of the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.